**Order entered February 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00208-CV**
**No. 05-20-00209-CV**

### IN THE INTEREST OF R.L. AND A.L., MINOR CHILDREN

### AND

### IN THE INTEREST OF L.E.C., MINOR CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-08-06559 & DF-18-20752**

## ORDER

These are accelerated appeals in a parental termination case. Before the Court is court reporter Donna Kindle's February 21, 2020 request to extend time to file the reporter's record in the above appeals. Ms. Kindle states no further extensions will be required. We **GRANT** Ms. Kindle's request and **ORDER** the reporter's record be filed by March 3, 2020.

/s/    ERIN A. NOWELL
            JUSTICE